IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gattuso, Thomas J | Case Number:  05 B 03418 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  2/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: October 9, 2008
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,182.00 | |
| Secured: | | 21,981.68 |
| Unsecured: | | 3,127.61 |
| Priority: | | 1,582.59 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,490.12 |
| Other Funds: | | 0.00 |
| Totals: | 28,182.00 | 28,182.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | St Gregory Credit Union | Secured | 21,981.68 | 21,981.68 |
| 2. | Internal Revenue Service | Priority | 1,582.59 | 1,582.59 |
| 3. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 4. | Grossinger Auto | Unsecured | 119.54 | 289.51 |
| 5. | Capital One Auto Finance | Unsecured | 984.23 | 2,383.68 |
| 6. | Internal Revenue Service | Unsecured | 10.01 | 24.23 |
| 7. | ECast Settlement Corp | Unsecured | 69.71 | 168.83 |
| 8. | Capital One | Unsecured | 107.91 | 261.36 |
| 9. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 10. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 11. | Fredric Tatel | Unsecured | | No Claim Filed |
| 12. | Pay Day OK | Unsecured | | No Claim Filed |
| 13. | Park Ridge Commons Apts | Unsecured | | No Claim Filed |
| 14. | Retailers National Bank | Unsecured | | No Claim Filed |
| 15. | Ronald J Magiera | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,855.67 | $ 26,691.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 68.44 |
| 3% | 60.39 |
| 5.5% | 332.14 |
| 5% | 67.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Gattuso, Thomas J

Printed:  10/14/08

Case Number:  05 B 03418

Judge:  Wedoff, Eugene R

Filed:  2/2/05

|  |  |
|---|---|
| 4.8% | 188.45 |
| 5.4% | 398.54 |
| 6.5% | 375.06 |
|  | _____ |
|  | $ 1,490.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

